FRANK C. EDWARDS and CHARLES BIERMAN, appellants,

*v.*

NORMAN McCLAVE et al., respondents.

On appeal from an order advised by Vice-Chancellor Emery, whose opinion is reported in *Edwards* v. *McClave, 10 Dick. Ch. Rep. 151.*

*Mr. Howard W. Hayes,* for the appellants.

*Mr. Edwin B. Williamson,* for the respondents.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON—13.

*For reversal*—None.